# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:11-cr-00379-GMN-CWH |
| vs. ) | |
| ) | **AMENDED ORDER** |
| DAVID TORRADO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is Defendant's Motion for Hearing Concerning Defendant's Medical Treatment (ECF No. 40), filed on February 3, 2014. This motion is brought in accordance with the Court's Minutes of Proceedings at the Sentencing and Disposition of the Defendant, David Torrado on January 23, 2014 (ECF No. 37), wherein the Court directed Defendant's counsel, Craig Drummond, to contact the correctional facility as to the status of Defendant's referrals for medical testing.

Prior to Defendant's sentencing on January 23, 2014, the Defendant filed with the Court a letter asking for assistance regarding his medical treatment and care (ECF No. 34). Defendant's counsel included Mr. Torrado's letter in Defendant's Sentencing Memorandum, as well as to the instant motion. Defendant's counsel indicates in his motion that he was informed by Steve Carpenter, Detention Management Inspector with the U.S. Marshal Service that on December 17, 2013, the Defendant was seen by a Gastroenterologist Specialist who prescribed an endoscopy examination of Mr. Torrado, based on his medical symptomology and history.

Defendant is requesting an endoscopy examination as prescribed by a Gastroenterologist. Defendant's request was submitted by the U.S. Marshals Service in this district to the U.S. Marshals Service in Washington, D.C. wherein the request was

deferred/denied until the Defendant was assigned to a specific prison and transferred and medically evaluated at that facility.

As of this date, the Defendant, **DAVID TORRADO, Inmate Register No. 31737-048**, has been assigned a Bureau of Prisons designation and is incarcerated at the following facility in Victorville, California:

> Victorville Medium I
> Federal Correctional Institution
> 13777 Air Expressway Blvd.
> Victorville, CA  92394

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Hearing Concerning Defendant's Medical Treatment (ECF No. 40) is **GRANTED in part and DENIED in part**. The hearing request is **DENIED**.

**IT IS FURTHER ORDERED** that based on the Defendant's medical symptomology and history as indicated by the Gastroenterologist Specialist that evaluated the Defendant on December 17, 2014, Defendant's request for an endoscopy examination as prescribed by the Gastroenterologist Specialist is hereby **GRANTED**.  The Bureau of Prisons in Washington, D.C. and/or the Victorville Medium I Federal Correctional Institution in Victorville, California is hereby directed to make the necessary arrangements for the Defendant, **DAVID TORRADO, Inmate Register No. 31737-048**, to **IMMEDIATELY** receive an endoscopy examination.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mail copies of this Order to the Defendant, the Federal Bureau of Prisons and the Victorville Medium I Federal Correctional Institute.

**DATED** this 29th day of May, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court